**Order filed February 13, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00101-CV

_____

## IN THE INTEREST OF J.D.W., A CHILD

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-05519**

## ORDER

This is an accelerated appeal from a judgment in a parental termination case. The notice of appeal was filed January 23, 2018. Appellant has established indigence or is presumed to be indigent. The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App.

P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order the **Official Court Reporter for the 309th District Court** to file the record in this appeal **on or before February 23, 2018.** If the Official Court Reporter for the 309th District Court does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM